QUIN DENVIR, Bar #49374
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
LORI ANN WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN WOODS, ) | NO. CIV S-03-2418 DFL GGH P |
| ) | |
| Petitioner, ) | |
| ) | **STIPULATION AND ORDER EXTENDING** |
| v. ) | **TIME TO FILE TRAVERSE** |
| ) | |
| GLORIA HENRY, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

   Petitioner, LORI ANN WOODS, and Respondent, GLORIA HENRY, by and through counsel, hereby agree and stipulate as follows:

   1. Petitioner's traverse is now due April 25, 2005.  One previous extension of time has been granted.  For the following reasons, petitioner requests a thirty day extension of the deadline.

   2. Petitioner's counsel has been delayed in preparation of the traverse by the following circumstances:

   ● Counsel was out of the office on family vacation during the first week of April;

   ● On April 11, 2005, counsel argued <u>Martin v. Pliler</u>, C.A.

1  No. 04-16085, in the U.S. Court of Appeals for the Ninth Circuit;

2  • A further evidentiary hearing was held in <u>Bridgewater v.
3  Roe</u>, CIV S-02-0971 LKK KJM P, on April 12, 2005;

4  • A supplemental brief was filed on April 19, 2005, in <u>Kirch
5  v. Kramer</u>, CIV S-02-0495 EJG JFM P;

6  • For the past ten days counsel has been temporarily
7  responsible for administrative and supervisorial duties in the Appeals
8  and Habeas Unit of the Federal Defender's Office.  These duties have
9  consumed an unforseen amount of time.

10  3.  Accordingly, petitioner respectfully requests a thirty day
11  extension of time, until May 25, 2005, to file the traverse in this
12  case.  Respondent has no objection to the proposed extension of time.

13  6.  Counsel for respondent has authorized the undersigned to
14  electronically sign this document on his behalf.

15  Dated: April 20, 2005
Respectfully submitted,

QUIN DENVIR
Federal Defender


/s/
ALLISON CLAIRE
Assistant Federal Defender
Attorneys for Petitioner
LORI ANN WOODS


Dated: April 20, 2005
BILL LOCKYER
Attorney General



/s/
SEAN M. McCOY
Deputy Attorney General
Attorneys for Respondent
GLORIA HENRY, Warden

*Woods stip/order EOT traverse*                2

**ORDER**

By stipulation of the parties and for good cause shown, petitioner's second request for an extension of time to file the traverse is hereby GRANTED. The traverse shall be filed no later than May 25, 2005.

IT IS SO ORDERED.

Dated: 4/27/05

/s/ Gregory G. Hollows

_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

henr2418.eot04