IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN WOODS,<br><br>         Petitioner,<br><br>vs.<br><br>GLORIA HENRY, et al.,<br><br>         Defendants. | Case No. 2:03-cv-2418-RRB-GGH<br><br>**ORDER DENYING PETITION** |

        Before the Court is Petitioner with a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.  Petitioner challenges her 1999 conviction for second degree murder with a firearm.

        The matter was fully briefed and was the subject of a very detailed and thorough Findings and Recommendations by the Magistrate Judge at Docket 23.

        The Court has studied the record herein, including Petitioner's Objections to Findings and Recommendations at Docket 24.  The Court concludes that any errors that may have occurred in this matter were not so prejudicial as to require reversal.  Even

ORDER DENYING PETITION FOR
 WRIT OF HABEAS CORPUS - 1
2:03-CV-2418-RRB-GGH

with the alleged errors, the jury had ample evidence to find Defendant guilty of second degree murder.  The denial of Petitioner's claims by the California Supreme Court was not objectively unreasonable.

Therefore, the Court hereby **ADOPTS** the aforesaid Findings and Recommendations of the Magistrate Judge and incorporates them herein by reference.  Petitioner's Application for Writ of Habeas Corpus is hereby **DENIED.**

ENTERED this 9th day of July, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE